# United States District Court
## NORTHERN DISTRICT OF CALIFORNIA

FILED
JUN - 8 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

HAMID KARIMI

V.

HCL FINANCE, INC., HOME COMMUNITY LENDING, ELOAN ENGINE, and DOES 1-5

SUMMONS IN A CIVIL CASE

CASE NUMBER:

C07 02815 CW ADR

TO: (Name and address of defendant)

HCL FINANCE, INC., HOME COMMUNITY LENDING, ELOAN ENGINE
1885 Lundy Ave., Suite 200, San Jose, CA 95131

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

HERBERT HAYDEN
NEW TECH LAW GROUP, INC.
40931 FREMONT BLVD.
FREMONT, CA 94538

an answer to the complaint which is herewith served upon you, within _____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Richard W. Wieking
CLERK

DATE _____

# CLARA PIERCE

(BY) DEPUTY CLERK

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and Complaint was made by me [1] | DATE 5/31/2007 |
| Name of SERVER  TriValley Courier   *Chris Napoli* | TITLE OWNER |

*Check one box below to indicate appropriate method of service*

☑ Served Personally upon the Defendant. Place where served:
HCL Finance, Inc., Home Community Lending, Eloan Engine
1885 Lundy Ave., Suite 200, San Jose, CA 95131

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  5/31/07
Date

Signature of Server

4847 Hopyard #188 Pleasanton
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure