**HERBERT HAYDEN, ESQ. (SBN 248282)**
**New Tech Law Group, Inc.**
40931 Fremont Boulevard
Fremont, California 94538
Telephone: (510) 659-8884
Facsimile: (510) 659-1169

**Attorney for Plaintiff:**
Mr. Hamid Karimi

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **HAMID KARIMI,** | CASE NO.: C07-02815 CW |
| | **CERTIFICATE OF SERVICE** |
| | **OF SUMMONS AND COMPLAINT** |
| Plaintiff, | |
| vs. | |
| **HON YUEN CHENG, HCL FINANCE, INC.,** a California corporation, **HOME COMMUNITY LENDING, et al.,** | |
| Defendants. | |

I,    Herbert Hayden   , certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made.   I further certify that the service of this summons and a copy of the complaint was made May 31, 2007 by mail service as follows: Regular, first class United States mail, postage fully pre-paid, addressed to:

Hon Yuen Cheng, HCL Finance, Inc., Home Community Lending, and Eloan Engine at 2560 Mission College Boulevard, Ste. 102, Santa Clara, CA 95054 and 1885 Lundy Avenue, Ste. 200, San Jose, CA 95131

Under penalty of perjury, I declare that the foregoing is true and correct.

**Certificate of Service** 1

1  Dated: May 31, 2007

3                                         **NEW TECH LAW GROUP, INC**

5                                                 /s/ Herbert Hayden
                                           **Herbert Hayden, Esq. attorney for Plaintiff**

28  **Certificate of Service**                                                                                    **2**