**HERBERT HAYDEN, ESQ. (SBN 248282)**
**New Tech Law Group, Inc.**
40931 Fremont Boulevard
Fremont, California 94538
Telephone: (510) 659-8884
Facsimile: (510) 659-1169

**Attorney for Plaintiff:**
Mr. Hamid Karimi

### IN THE UNITED STATES DISTRICT COURT

### NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **HAMID KARIMI,** | CASE NO.: C07-02815 CW |
| | **MOTION FOR DEFAULT JUDGMENT** |
| Plaintiff, | (Fed. R. Civ. P. 55(b)(2)) |
| vs. | |
| **HON YUEN CHENG, HCL FINANCE, INC., a California corporation, HOME COMMUNITY LENDING, et al.,** | Hearing date:_____ <br> Hearing time:_____ <br> Courtroom:_____ |
| Defendants. | |

**Relief Sought**

Plaintiff Hamid Karimi moves this court for entry of a default judgment against Defendants HCL Finance, Inc., a California corporation, Home Community Lending, a California corporation, and Eloan Engine under Rule 55(b)(2) of the Federal Rules of Civil Procedure. Plaintiff Hamid Karimi requests that the judgment be for $123,275.60, comprised of actual damages of $68,775.61.00 pursuant to 15 U.S.C. § 1640(a)(1); $2,000.00 pursuant to 15 U.S.C. § 1640(a)(3); $7,500.00 pursuant to California Business and Professional Code 17206; and $45,000.00 in punitive damages pursuant to California Civil Code 3294, together with prejudgment interest in the amount of $8,218.37, reasonable attorney's fees of $ 10,000.00, costs of suit of $500.00, and that the judgment bear interest at the judgment rate from the date of entry until paid. Moreover, Plaintiff Hamid Karimi requests that an order declaring the unenforceability of the loan agreement insofar as it concerns the prepayment penalty and

1 | reforming the agreement accordingly.

**Grounds for Relief**

The Court should enter the judgment requested against Defendants HCL Finance, Inc., Home Community Lending, and Eloan Engine and in favor of Plaintiff Hamid Karimi because:

1. The default of Defendants HCL Finance, Inc., Home Community Lending, and Eloan Engine was entered by the court on July 5, 2007.

2. Defendants HCL Finance, Inc., Home Community Lending, and Eloan Engine have not appeared in this action, and are not entitled to notice of this application for entry of a default judgment.

3. The Complaint in this action sets out a valid claim for violation of TILA and Regulation Z, fraud, intentional and negligent misrepresentation, violation of California civil code provisions regulating consumer loans secured by real property, and breach of the covenant of good faith and fair dealing. By virtue of the default, Defendants HCL Finance, Inc., Home Community Lending, and Eloan Engine may not challenge any of the factual allegations supporting those claims.

4. The terms of relief sought in the requested judgment are fully justified by the facts shown in the attached affidavits and the attachments to them.

5. Defendants HCL Finance, Inc., Home Community Lending, and Eloan Engine are not minors nor incompetent persons.

6. Attached to this motion is an Affidavit the complies with the requirements of the Service members Civil Relief Act ( 50 U.S.C. App. § 521 ), which shows that defaulting parties are not in military service.

**Supporting Papers**

This motion is based on this document, the Notice of Motion, the accompanying affidavit(s), on all of the pleadings and papers on file in this action, and on whatever evidence and argument is presented at a hearing on this motion.

Dated: July 5, 2007

1  **NEW TECH LAW GROUP, INC**

3      /s/ Herbert Hayden
  **Herbert Hayden, Esq. attorney for Plaintiff**