**HERBERT HAYDEN, ESQ. (SBN 248282)**
**New Tech Law Group, Inc.**
40931 Fremont Boulevard
Fremont, California 94538
Telephone: (510) 659-8884
Facsimile: (510) 659-1169

**Attorney for Plaintiff:**
Mr. Hamid Karimi

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HAMID KARIMI, | CASE NO.: C07-02815 CW |
| Plaintiff, | NOTICE OF MOTION FOR HEARING ON DEFAULT JUDGMENT |
| vs. | |
| HON YUEN CHENG, HCL FINANCE, INC., a California corporation, HOME COMMUNITY LENDING, et al., | |
| Defendants. | |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

1. Take notice that on July 5, 2007, at 9:00 a.m., in Courtroom No. ____ of the Courthouse for the United States District Court for the Northern District of California, which is located at 1301 Clay Street Suite 400 S, Oakland, California, Plaintiff Hamid Karimi will move this Court for entry of a default judgment as more particularly set out in the attached Motion.

2. This notice is given pursuant to the provision of Rules 5 and 55(b)(2) of the Federal Rules of Civil Procedure.

 **Date: July 5, 2007**

                                          **NEW TECH LAW GROUP, INC**

                                            **/s/ Herbert Hayden**
                                  **Herbert Hayden, Esq. attorney for Plaintiff**