**HERBERT HAYDEN, ESQ. (SBN 248282)**
**New Tech Law Group, Inc.**
40931 Fremont Boulevard
Fremont, California 94538
Telephone: (510) 659-8884
Facsimile: (510) 659-1169

**Attorney for Plaintiff:**
Mr. Hamid Karimi

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HAMID KARIMI, | CASE NO.: C07-02815 CW |
| | AFFIDAVIT IN COMPLIANCE |
| | WITH SERVICE MEMBERS |
| Plaintiff, | CIVIL RELIEF ACT OF 2003 |
| vs. | |
| HON YUEN CHENG, HCL FINANCE, INC., a California corporation, HOME COMMUNITY LENDING, et al., | |
| Defendants. | |

AFFIDAVIT re: MILITARY SERVICE - DEFAULTING PARTY NOT IN MILITARY

1. My name is Herbert Hayden. I am over 18 years of age. I reside in Fremont, California. I am fully competent to make this affidavit and I have personal knowledge of the facts stated in this affidavit. To my knowledge, all of the facts stated in this affidavit are true and correct.

2. I am the attorney for the plaintiff in this matter. I make this affidavit pursuant to the requirements of 50 U.S.C. App. § 521(b) in support of the request for a default judgment in this matter.

3. I made a careful investigation of whether HCL Finance, Inc., Home Community Lending, and Eloan Engine was in the military by reviewing the corporate records of Secretary of State of California. After a review of the corporate records of the Secretary of State of California, said records indicate that HCL Finance, Inc., Home Community Lending, and Eloan Engine are corporate entities and not individuals eligible to serve in the Armed Forces of the United States

1 | of America.

2 | 4. As a result of my investigation, I state that Defendants HCL Finance, Inc., Home Community

3 | Lending, and Eloan Engine are not in military service.

4 | **Date: July 5, 2007**

5 | **<u>NEW TECH LAW GROUP, INC</u>**

7 |     **<u>/s/ Herbert Hayden</u>**
**Herbert Hayden, Esq. attorney for Plaintiff**