HERBERT HAYDEN, ESQ. (SBN 248282)
New Tech Law Group, Inc.
40931 Fremont Boulevard
Fremont, California 94538
Telephone: (510) 659-8884
Facsimile: (510) 659-1169

Attorney for Plaintiff:
Mr. Hamid Karimi

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HAMID KARIMI,<br><br>    Plaintiff,<br><br>vs.<br><br>HON YUEN CHENG, HCL FINANCE, INC., a California corporation, HOME COMMUNITY LENDING, et al.,<br><br>    Defendants. | CASE NO.: C07-02815 CW<br>DECLARATION OF HAMID KARIMI IN SUPPORT OF COMPLAINT FOR DAMAGES |

I, Hamid Karimi, declare:

1. I am the plaintiff in the above captioned matter. I am a natural person currently residing at 3643 Bernal Avenue in the City of Pleasanton, County of Alameda, in the State of California.

2. On or about August 8, 2005, I entered the office of defendant HCL located at 2560 Mission College Boulevard, Ste. 102, Santa Clara, CA 95054 and inquired about obtaining credit to refinance the loan on my residence locate at 3643 Bernal Ave Pleasanton, CA 94566. During my discussions with an employee of HCL on August 8, 2005, I stated to the employee that I wanted a loan to refinance my home mortgage without any prepayment penalty, I reiterated to that employee that I did not want a loan with a prepayment penalty several times. The HCL employee indicated to me that HCL would offer me a loan in the amount of Seven Hundred Fifty Thousand

Declaration in of Hamid Karimi                                                                                                        1

and No/100ths Dollars ($750,000.00) with an adjustable interest rate thereon to begin at one percent (1%) per annum with no prepayment penalties; the details of those discussions were memorialized in the loan interest rate lock agreement dated August 8, 2005 which is herein incorporated by reference as <u>Exhibit A</u>. Before my meeting with the employee was completed, I was told to go to the offices of Chicago Title Company at 39420 Liberty Street, Suite 155, in Fremont, California in order to execute the loan agreement.

3. On August 8, 2005, neither HCL nor any of its employees/agents provided me a copy of the loan documents or notify me that a prepayment penalty would included in the terms of the loan.

4. On August 9, 2005, I entered the offices of Chicago Title Company to sign and execute the loan agreement. I was instructed to go into an office/meeting room and sign several pages of documents by one of the employees of the Chicago Title Company; at no time did HCL or any of its employees or agents instruct me on how to sign the loan agreement, or inform me as to the nature of the document I was signing.

5. On or about August 9, 2005, I signed loan agreement B7050085SS after plaintiff signed the loan agreement and related documents, plaintiff received via hand delivery a copy of the note, deed of trust, and a Truth in Lending disclosure statement. A copy of the loan agreement is attached hereto and hereby incorporated by reference as <u>Exhibit B</u>.

6. On December 5, 2006, I attempted to refinance my loan with National City Mortgage, when I discovered that a prepayment penalty in would be incurred on the loan with HCL in the amount of $29,093.30, despite the initial negotiations.

7. Soon thereafter, in December 2006, I contacted HCL regarding the prepayment penalty; I notified HCL and Hon Yuen Cheng, by phone and in person, that the prepayment penalty had been included in my loan agreement.

8. In about January 2007, HCL and Hon Yuen Cheng notified me via letter that HCL would offer me a new loan refinancing transaction with 6.875% interest to help me to refinance out of my existing Option ARM mortgage program. The letter stated that in consideration of me accepting

**Declaration in of Hamid Karimi**                                                              2

1. the new loan, HCL would cover the prepayment penalty that had been assessed to my loan in the amount of $29,093.30 and not charge me any lender fees. A copy of the letter is attached hereto and hereby incorporated by reference as Exhibit C.

9. On or about February 2007, HCL and Hon Yuen Cheng notified me via facsimile in a Underwriting Approval Notice that HCL would offer me a new loan refinancing transaction in the principal amount of $785,000.00 with 7.750% interest. A copy of the underwriting approval notice is attached hereto and hereby incorporated by reference as Exhibit D.

23. Because my loan contained the prepayment penalty provision without my consent, I was unable to enter into a new loan agreement with more favorable terms in December 2006. At the time in December 2006 that I attempted to enter into the new financing arrangement with National City Mortgage I was offered a loan with a fixed interest rate of 5.875%, with interest only payments, for a five (5) year term, and without a prepayment penalty. A copy of the loan approval from National City Mortgage is attached hereto and hereby incorporated by reference as Exhibit E.

5. Due to the inclusion of the prepayment penalty against the terms that I had agreed upon, I chose not to complete the loan transaction with National City Mortgage Corporation until HCL honored the terms of my loan without a prepayment penalty.

24. As a result of the prepayment penalty, I have been assessed negative amortization on the principal of the loan in the amount of $27,658.78, in particular, $3,264.48 December 2006, $3,370.66 January 2007, $3,396.29 February 2007, $ 3,422.12 March 2007, $3,530.90 April 2007, $3,3558.11 May, $3,3558.11 June 2007; $3,3558.11 July 2007. Had I been able to refinance my loan, I would not have assessed this negative amortization.

25. As a result of the prepayment, I was unable to enter into a new loan program and in order to now achieve a loan on similar terms as I would have received in December 2006, I must now buy down the interest rate on the loan at a cost of one and one-half (1.5) points or the equivalent of $12,023.53.

**Declaration in of Hamid Karimi**                                                                 3

1
2
3  *[signature]*
4  **Hamid Karimi**
5
6
7
...
28  Declaration in of Hamid Karimi                                                                    4

# EXHIBIT A

Rate Lock Agreement

## NOTICE OF MANUAL FILING

# EXHIBIT B

Loan Agreement

NOTICE OF MANUAL FILING

Declaration in of Hamid Karimi

6

**EXHIBIT C**

Letter from HCL

**NOTICE OF MANUAL FILING**

# EXHIBIT D

Underwriting Approval Notice

# NOTICE OF MANUAL FILING

**EXHIBIT E**

National City Mortgage Loan Approval

**NOTICE OF MANUAL FILING**