1

**HERBERT HAYDEN, ESQ. (SBN 248282)**
2    **New Tech Law Group, Inc.**
     40931 Fremont Boulevard
3    Fremont, California 94538
     Telephone: (510) 659-8884
4    Facsimile: (510) 659-1169

5
     **Attorney for Plaintiff:**
6    Mr. Hamid Karimi

7
                    **IN THE UNITED STATES DISTRICT COURT**
8
                    **NORTHERN DISTRICT OF CALIFORNIA**
9

10
         **HAMID KARIMI,**                    )    **CASE NO.: C07-02815 CW**
11                                            )
                                              )    **REQUEST FOR ENTRY OF**
12                       Plaintiff,           )    **DEFAULT**
                                              )
13   vs.                                      )
                                              )
14       **HON YUEN CHENG, HCL FINANCE,**     )
         **INC., a California corporation, HOME** )
15       **COMMUNITY LENDING, et al.,**       )
                                              )
16                      Defendants.           )

17   TO THE CLERK OF THE UNITED STATES DISTRICT COURT FOR THE NORTHERN
18   DISTRICT OF CALIFORNIA:

19   Plaintiff Hamid Karimi requests that the Clerk of this Court enter the default of Defendants HCL

20   Finance, Inc., Home Community Lending, and Eloan Engine for failure to plead or otherwise

21   defend in a timely manner, as provided by Rule 55 (a) of the Federal Rules of Civil Procedure.

22   This request is based on the attached Affidavit of Herebert Hayden, which shows:

23   1. Defendants HCL Finance, Inc., Home Community Lending, and Eloan Engine were served

24   with the summons and complaint on May 31, 2007.

25   2. The Certificate of Service filed with this Court on July 5, 2007 establishes that service was

26   proper pursuant to Rule 4 of the Federal Rules of Civil Procedure. A file-stamped copy of the

27

28   **Request for Entry of Default**                                              **1**

1 | Certificate of Service is attached to the Affidavit of Herbert Hayden as Exhibit "A."

2 | 3. Defendants HCL Finance, Inc., Home Community Lending, and Eloan Engine have failed to

3 | plead or otherwise respond to the complaint.

4 | 4. The applicable time limit for responding has expired.

5 | 5. Defendants HCL Finance, Inc., Home Community Lending, and Eloan Engine could not be an

6 | infant or incompetent person within the meaning of Rule 55(a) of the Federal Rules of Civil

7 | Procedure because they are corporations organized and existing under the laws of the State of

8 | California, with a principal place of business in San Jose, California.

9 | 6. Defendants HCL Finance, Inc., Home Community Lending, and Eloan Engine are not in

10 | military service.

11 |

12 | Dated: July12, 2007

13 |

14 | ## NEW TECH LAW GROUP, INC

15 |

16 | /s/ Herbert Hayden
**Herbert Hayden, Esq. attorney for Plaintiff**

17 |

18 |

19 |

20 |

21 |

22 |

23 |

24 |

25 |

26 |

27 |

28 | **Request for Entry of Default**                                                **2**

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE |
|---|

| | DATE 5/31/2007 |
|---|---|
| Service of the Summons and Complaint was made by me [1] | |

| Name of SERVER | | |
|---|---|---|
| TriValley Courier    Chris Napoli | | TITLE OWNER |

*Check one box below to indicate appropriate method of service*

☑ Served Personally upon the Defendant. Place where served:

HCL Finance, Inc., Home Community Lending, Eloan Engine
1885 Lundy Ave., Suite 200, San Jose, CA  95131

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other *(specify):*

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |
| | | |

| DECLARATION OF SERVER |
|---|

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on    5/31/07
              *Date*

*Signature of Server*

4P47   Hapyard #188
                Pleasanton
*Address of Server*

(1)   As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure