**HERBERT HAYDEN, ESQ. (SBN 248282)**
**New Tech Law Group, Inc.**
40931 Fremont Boulevard
Fremont, California 94538
Telephone: (510) 659-8884
Facsimile: (510) 659-1169

**Attorney for Plaintiff:**
Mr. Hamid Karimi

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HAMID KARIMI, | CASE NO.: C07-02815 CW |
| Plaintiff, | AFFIDAVIT IN SUPPORT OF REQUEST TO ENTER DEFAULT |
| vs. | |
| HON YUEN CHENG, HCL FINANCE, INC., a California corporation, HOME COMMUNITY LENDING, et al., | |
| Defendants. | |

AFFIDAVIT IN SUPPORT OF DEFAULT

I, Herbert Hayden, am the attorney for Plaintiff Hamid Karimi in this case and state that

1. The Defendants were served with the Summons and Complaint in this case on May 31, 2007.

2. Proof of service was filed in the Clerk's office on July 5, 2007.

3. Defendants HCL Finance, Inc., Home Community Lending, and Eloan Engine could not be an infant or incompetent person within the meaning of Rule 55(a) of the Federal Rules of Civil Procedure because they are corporations organized and existing under the laws of the State of California, with a principal place of business in San Jose, California.

5. The Defendants are not in military service.

6. The Defendants have not filed an Answer with me or with the Court, and have not otherwise appeared in this case.

7. The time for Defendants to file an Answer in this case has expired, and the Court has not

given an extension of time.

I RESPECTFULLY REQUEST that the Clerk enter a default judgment against the Defendant in this case.

**Date: July 12, 2007**

                                      **NEW TECH LAW GROUP, INC**

                                        /s/ Herbert Hayden
                                  **Herbert Hayden, Esq. attorney for Plaintiff**

I, Herbert Hayden, solemnly swear or affirm under criminal penalties for the making of a false statement that I have read the foregoing Affidavit in Support of Default and that the factual statements made in it are true to the best of my personal knowledge, information and belief.

**Date: July 12, 2007**

                                        **NEW TECH LAW GROUP, INC**

                                        /s/ Herbert Hayden
                                  **Herbert Hayden, Esq. attorney for Plaintiff**