**UNITED STATES DISTRICT COURT**
**Northern District of California**
**1301 Clay Street**
**Oakland, California 94612**
_____

www.cand.uscourts.gov

Richard W. Wieking                                                                                                General Court Number
Clerk                                                                                                                               510.637.3530

July 13, 2007

RE:  CV 07-02815 CW            HAMID KARIMI-v- HON YUEN CHENG

Default is entered as to defendants HCL Finance Inc, Home Community Lending, and Eloan Engine  on 7/13/07.

                                                                RICHARD W. WIEKING, Clerk

                                                                byClara Pierce
                                                                Case Systems Administrator

NDC TR-4  Rev. 3/89