**HERBERT HAYDEN, ESQ. (SBN 248282)**
**New Tech Law Group, Inc.**
40931 Fremont Boulevard
Fremont, California 94538
Telephone: (510) 659-8884
Facsimile: (510) 659-1169

**Attorney for Plaintiff:**
Mr. Hamid Karimi

### IN THE UNITED STATES DISTRICT COURT

### NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **HAMID KARIMI,** | CASE NO.: C07-02815 CW |
| Plaintiff, | **NOTICE OF DISMISSAL WITHOUT PREJUDICE** |
| vs. | |
| **HON YUEN CHENG, HCL FINANCE, INC.,** a California corporation, **HOME COMMUNITY LENDING, et al.,** | |
| Defendants. | |

TO THE CLERK, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

1. You are notified that the Plaintiff's complaint against Defendant Hon Yuen Cheng is dismissed without prejudice.

2. Consent to the above dismissal is hereby given by Plaintiff's attorney in fact.

**Date: July 17, 2007**

                                                       **NEW TECH LAW GROUP, INC**.

                                               _/s/ *Herbert Hayden*_
                                         **Herbert Hayden, Esq. attorney for Plaintiff**