HERBERT HAYDEN, ESQ. (SBN 248282)
New Tech Law Group, Inc.
40931 Fremont Boulevard
Fremont, California 94538
Telephone: (510) 659-8884
Facsimile: (510) 659-1169

Attorney for Plaintiff:
Mr. Hamid Karimi

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HAMID KARIMI, <br><br> Plaintiff, <br><br> vs. <br><br> HON YUEN CHENG, HCL FINANCE, INC., a California corporation, HOME COMMUNITY LENDING, et al., <br><br> Defendants. | CASE NO.: C07-02815 CW <br> CERTIFICATE OF SERVICE OF MOTION FOR DEFAULT JUDGMENT |

I, _Jordan Ritchie_, certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made. I further certify that the service of that on July _12_, 2007, I served copies of the Motion for Default, Affidavit of Herbert Hayden in Support of Default Judgment, Affidavit of Herbert Hayden in Compliance with Servicemembers Civil Relief Act of 2003, and Order of Default Judgment on the following parties by way of personal service:

HCL Finance, Inc., Home Community Lending, and Eloan Engine at 2560 Mission College Boulevard, Ste. 102, Santa Clara, CA 95054 and 1885 Lundy Avenue, Ste. 200, San Jose, CA 95131

///
//

Certificate of Service                                                                                                           1

1
2       Under penalty of perjury, I declare that the foregoing is true and correct.
3
4   Dated: July 13, 2007
5                                               _____
6
7
...
28  Certificate of Service                                                        2