IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

HAMID KARIMI,

    Plaintiff,

  v.

HON YUEN CHENG, et al.,

    Defendants.
                                        /

No. C 07-02815 CW

ORDER OF REFERENCE
TO MAGISTRATE JUDGE

    Pursuant to Civil Local Rule 72-1, IT IS HEREBY ORDERED that Plaintiff's Motion for Default Judgment filed in the above-captioned case is referred to a Magistrate Judge to be heard and considered at the convenience of his/her calendar  The Magistrate Judge shall prepare findings and recommendation on the motion. The Case Management Conference, previously set for September 4, 2007, is continued to December 4, 2007, at 2:00 p.m.

Dated: 7/26/07

                                    /s/ Claudia Wilken
                                    CLAUDIA WILKEN
                                    United States District Judge

cc: Wings; Assigned M/J w/mo.