**HERBERT HAYDEN, ESQ. (SBN 248282)**
**New Tech Law Group, Inc.**
40931 Fremont Boulevard
Fremont, California 94538
Telephone: (510) 659-8884
Facsimile: (510) 659-1169

**Attorney for Plaintiff:**
Mr. Hamid Karimi

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HAMID KARIMI, | CASE NO.: C07-02815 CW |
| Plaintiff, | NOTICE OF SETTLEMENT OF ENTIRE CASE |
| vs. | |
| HON YUEN CHENG, HCL FINANCE, INC., a California corporation, HOME COMMUNITY LENDING, et al., | |
| Defendants. | |

TO THE CLERK, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Notice is hereby given that all claims against all parties in this action have been resolved. Any trials or other hearings in this matter may be stricken from the court calendar.

This case has settled in its entirety, except the terms and conditions of settlement will not be completed until October 1, 2007. A Notice for Dismissal will be filed within 5 business days of the completion date.

This notice is being filed with the consent of all parties.

**Date: September 5, 2007**

　　　　　　　　　　　　　　　　　　　　**NEW TECH LAW GROUP, INC**.


　　　　　　　　　　　　　　　　　　　　 **/s/ *Herbert Hayden***
　　　　　　　　　　　　　　　　　　　　**Herbert Hayden, Esq. attorney for Plaintiff**

Notice of Dismissal                                                                                                               1