**HERBERT HAYDEN, ESQ. (SBN 248282)**
**New Tech Law Group, Inc.**
40931 Fremont Boulevard
Fremont, California 94538
Telephone: (510) 659-8884
Facsimile: (510) 659-1169

**Attorney for Plaintiff:**
Mr. Hamid Karimi

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **HAMID KARIMI,** | CASE NO.: C07-02815 CW |
| | **NOTICE OF DISMISSAL** |
| Plaintiff, | **WITH PREJUDICE** |
| vs. | |
| **HON YUEN CHENG, HCL FINANCE, INC.,** a California corporation, **HOME COMMUNITY LENDING, et al.,** | |
| Defendants. | |

TO THE CLERK, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

1. You are notified that the Plaintiff's complaint against Defendants HCL Finance, Inc., Home Community Lending, and Eloan Engine is dismissed with prejudice.

2. Consent to the above dismissal is hereby given by Plaintiff's attorney in fact.

**Date: October 18, 2007**

                                                  **NEW TECH LAW GROUP, INC**.


                                                    **/s/ *Herbert Hayden***
                                                  **Herbert Hayden, Esq. attorney for Plaintiff**